**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Michael Buxbaum,

                        Plaintiff,

        -against-                              25 **CIVIL** 3053 (JGK)

                                                      <u>**JUDGMENT**</u>

Donald John Trump,

                        Defendant.

-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 5, 2025, the Court has dismissed this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

       May 6, 2025

                                               **TAMMI M HELLWIG**

                                                  **Clerk of Court**

                                **BY:**          K. Mango

                                                  **Deputy Clerk**