UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum, )
    Plaintiff )

  -against- )    Docket No. 1:25-cv-03053

President Donald John Trump )
    Defendant )    **Notice of Motion**

RECEIVED MAY 06 2025 PRO SE OFFICE

PLEASE TAKE NOTICE that upon the Pleadings and Affidavits of Plaintiff Michael Buxbaum filed with the court on May 2, 2025 Plaintiff Michael Buxbaum will move before this Court at United States District Court Southern District of New York at 500 Pearl Street, New York, New York 11201 in the City of New York, County of New York, and State of New York on May 27, 2025 or soon thereafter for the granting of the Plaintiff's Michael Buxbaum's motion for an ORDER Directing the Defendant President Donald John Trump to make payment in the amount of $1,260,000 including Treble damages to Plaintiff Michael Buxbaum for ordering the injection of a Federal Bureau Inflammation virus with fraudulent communications made for money and making False Claims to the United States Federal Government for money and spending such money fraudulently in violation of U.S. Code Title 31 Subtitle III Chapter 37 Subchapter III § 3729 False Claims Act.

                                                _/s/ M_____
                                              Plaintiff Michael Buxbaum

*The Clerk is directed to strike ECF No 12 because this case, No. 25-cv-3053 has been dismissed and ordered closed. See ECF No 8. So ordered.*

*5/9/25   /s/ G/Koeltl/ U.S.D.J*

Michael Buxbaum
7491 N Federal Hwy
125
Boca Raton FL 33487



USPS CERTIFIED MAIL

9214 8901 4298 0417 7269 52

0011553535000011
United States District Court
Southern District of New York
500 Pearl Street
New York NY 33487
USA



RECEIVED MAY 06 2025 PRO SE OFFICE